PROB 35A

**ORDER TERMINATING TERM OF SUPERVISED RELEASE
PRIOR TO EXPIRATION DATE - NOTICE OF DEATH**

---

**UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| vs. ) | **Docket Number: 1:97CR05235-01** |
| ) | |
| **Michael Patrick MONAHAN** ) | |
| ) | |

On April 21, 2006, the above-named was placed on Supervised Release for a period of 36 months.

On April 3, 2008, this office was notified by Helen Monahan that Michael Patrick Monahan was confirmed dead by Garfield Cameron Pickell, M.D. on March 30, 2008 (copy of the death certificate is on file).  It is accordingly recommended this case be closed.

Respectfully submitted,

/s/ Sandra K. Dash

**SANDRA K. DASH
United States Probation Officer**

Dated:   May 15, 2008
         Modesto, California
         SKD:lr

**REVIEWED BY:**   /s/ Deborah A. Spencer
                  **DEBORAH A. SPENCER
                  Supervising United States Probation Officer**

1

**Re:  Michael Patrick MONAHAN**
**    Docket Number:  1:97CR05235-01**
**    <u>ORDER TERMINATING TERM OF SUPERVISED RELEASE</u>**
**    <u>PRIOR TO EXPIRATION DATE - NOTICE OF DEATH</u>**

### ORDER OF COURT

It appearing that Michael Patrick MONAHAN is deceased, it is hereby ordered the proceedings in this case be terminated and the case closed.

IT IS SO ORDERED.

**Dated:   <u>May 17, 2008</u>**              <u>   /s/ Oliver W. Wanger   </u>
                              UNITED STATES DISTRICT JUDGE

2